FILED

10/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0485

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Case No. DA 22-0485

Kathy Westphal and Douglas Westphal,

    Plaintiffs and Appellants,

vs,

Todd Kissinger, Deborah Kissinger, Michael Kissinger, and Melissa Kissinger,

    Defendants and Appellees,

and,

Linda Romano,

    Intervenor and Appellee.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' OPENING BRIEF

On Appeal From The Montana Eleventh Judicial District Court
The Honorable Robert B. Allison, Presiding, Case No. DV-19-310

For Plaintiffs and Appellants, Kathy Westphal and Douglas Westphal

Evan F. Danno, Esq.
DANNO LAW FIRM, P.C.
725 South Main Street
Kalispell, MT 59901
Telephone: (406) 755-4100
Fax: (406) 755-3434
E-mail: evan@dannolawfirm.com

For Defendants and Appellees, Todd Kissinger, Deborah Kissinger, Michael Kissinger, and Melissa Kissinger, and Intervenor, Linda Romano,

Marcel A. Quinn
Thomas A. Hollo
HAMMER, QUINN & SHAW PLLC
P.O. Box 7310
Kalispell, MT 59904-0310
Telephone: (406) 755-2225
Fax: (406) 755-5155
marcelquinn@attorneysmontana.com
tomhollo@attorneysmontana.com

Christopher Di Lorenzo
Katrina Feller
MOORE, COCKRELL, GOICOECHEA & JOHNSON, P.C.
P.O. BOX 7370
Kalispell, MT 59904-0370
Telephone: (406) 751-6000
Fax: (406) 756-6522
cdilorenzo@mcgalaw.com

APPELLANTS, Kathy Westphal and Douglas Westphal, having filed an Unopposed Motion for Extension of Time to File Appellants' Opening Brief and there being no objection;

IT IS HEREBY ORDERED that Appellants shall have an extension of time until December 2, 2022, to file Appellants' Opening Brief in the above entitled matter.

_____DATED October _____ , 2022.

_____

_____

_____

_____
Justices


cc:    Evan F. Danno
       Marcel A. Quinn
       Thomas A. Hollo
       Christopher Di Lorenzo
       Katrina Feller

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 17 2022

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
APPELLANTS' OPENING BRIEF